# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

JOEL G. PORTER

VERSUS

PEOPLE MAGAZINE TIME, INC.,
TIME INC BOOKS D/B/A PEOPLE
MAGAZINE AND ANNE LANG AND
STEVE HELLING (IN THEIR
INDIVIDUAL AND OFFICIAL
CAPACITIES WITH PEOPLE
MAGAZINE AND TIME INC. BOOKS
AND TIME, INC.)

NO.  2019 CW 0485

AUG 0 5 2019

---

In Re:   Time Inc. and Steve Helling, applying for supervisory
         writs, 19th Judicial District Court, Parish of East
         Baton Rouge, No. 644603.

---

**BEFORE:   McDONALD, THERIOT, AND CHUTZ, JJ.**

**WRIT NOT CONSIDERED.** Relators failed to provide a copy of
the judgment, order or ruling complained of (if by written
judgment, order or ruling), pertinent court minutes and the
notice of intent and return date order in violation of Rules 4-
5(C)(6), (10) and (11) of the Uniform Rules of the Louisiana
Courts of Appeal.

Supplementation of this writ application and/or an
application for rehearing will not be considered. Uniform Rules
of Louisiana Courts of Appeal, Rules 4-9 and 2-18.7.

In the event relators seek to file a new application with
this court, it must contain all pertinent documentation,
including documentation to show the original writ application
was timely, and must comply with Rule 2-12.2, Uniform Rules of
Louisiana Courts of Appeal. Any new application must be filed on
or before August 26, 2019, and must contain a copy of this
ruling.

**JMM**
**MRT**
**WRC**

COURT OF APPEAL, FIRST CIRCUIT

_____
    DEPUTY CLERK OF COURT
        FOR THE COURT